THE STATE EX REL. BRIDGESTONE/FIRESTONE, INC., APPELLEE, v. CALDWELL, APPELLANT.

[Cite as State ex rel. Bridgestone/Firestone, Inc. v. Caldwell (2000), 88 Ohio St.3d 499.]

(No. 99–1591—Submitted April 10, 2000—Decided May 24, 2000.)

*Roetzel & Andress, Douglas E. Spiker* and *Noel C. Shepard,* for appellee.

*Stanley R. Jurus Law Office* and *Robert M. Robinson,* for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent and would reinstate the order of the Industrial Commission.